# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

___FILED ___ENTERED
___LODGED ___RECEIVED

FEB - 6 2013

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____ DEPUTY

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

## SEARCH WARRANT

THE PREMISES KNOWN AS:

CASE NUMBER:

**1175 Gator Court**
**Arnold, Maryland 21012**

**13-0068SAG**

TO: DEA Task Force Officer Matthew Wires,
and any Authorized Officer of the United States

Affidavit(s) having been made before me by Task Force Officer Matthew Wires, who has reason to believe that on the premises known as (name, description and or location)

**1175 Gator Court, Arnold, Maryland 21012**, more fully described as a two story townhouse. It is a inside unit, second from the end, and is covered in light brown siding. Facing the property, the front door is on the right side on the first floor and is red in color. There is a glass storm door trimmed in brown as well. There is a cement sidewalk leading to the front door and one step. To the left of this door, is a light, and beneath the light in black appear the numbers "1175." There is one window on the left side of the first floor, and two on the second floor. The windows are trimmed in white.

- in the District of Maryland, there is now concealed a certain person or property, namely (describe the person or property) - See Attachment B

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

I further find, based on the facts set forth in the Affidavit submitted herewith, that specific facts have been set forth which justify agents and officers entering into the locations, for purposes of executing the search warrant.

YOU ARE HEREBY COMMANDED to search on or before __1/28/13__
Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime - 6:00 A.M. to 10:00 P.M.) (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the Honorable Stephanie A. Gallagher, U.S. Magistrate Judge, as required by law.

__1/14/13__ at Baltimore, Maryland
Date and Time Issued
__11:09am__

The Honorable Stephanie A. Gallagher
United States Magistrate Judge

(#6) AUSAs Carey/Smith

| | **RETURN** | |
|---|---|---|
| DATE WARRANT RECEIVED<br>1-14-13 | DATE AND TIME WARRANT EXECUTED<br>1-15-13  0600 | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>Martin Dendy |

INVENTORY MADE IN THE PRESENCE OF  Martin Dendy

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

See Attached

13-0068SAG

### CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

*[signature]*

Subscribed, sworn to, and returned before me this date.

_____    _____
U.S Judge or Magistrate                            Date

# Anne Arundel County Police Department
## Recovered Property Form

| 1. Type of Incident | 2. Date and Time Property Recovered: | 3. Report No.. |
|---|---|---|
| Search Warrant | 1/15/13, 0600 hrs | 12-700649 |

| 4. Found/Recovered By: (Last, First, MI, Address & Phone) | 5. If abandoned & not claimed, do they want property | Y ☐ N ☐ |
|---|---|---|
| Det. Gentile #1622 | | |

| 6. Location of Recovered/Found item(s) | 7. Status (Check one) | | |
|---|---|---|---|
| 1175 Gator Ct. Arnold, Md 21012 | ☐ Abandoned (Lost/Found) | ☐ Safekeeping (Victim) | ☑ Evidence |

| 8. Owner: (Last, First, MI, Address & Phone) |
|---|
| Dandy, Martin  1175 Gator Ct. Arnold, Md 21012 |

9. Notification of Owner (Check one)
☐ Phone   ☐ Mail   ☑ In Person   ☐ Unable to Contact

10. Disposition (Check one)
☐ Can be Released   ☐ Can be Disposed of or Destroyed   ☑ Hold for Evidence
10A. ☑ Checked NCIC for Stolen

| 11. Investigating Ofc/ID# | 12. District | 13. Post | 14. Supv. Signature/ID# |
|---|---|---|---|
| Det. Wires #1593 | Eastern | 3D2 | [signature] 13 19 |

### ITEMIZED LIST OF PROPERTY

| Item # | Complete description of name, including make, model, color, serial number, etc. | Location | Disp |
|---|---|---|---|
| A [1] | Misc Bank Documents in name of Martin Dandy | | |
| A [2] | Misc Documents in name of Martin + Elizabeth Dandy | | |
| A [3] | Checkbook for Martin + Elizabeth Dandy | | |

### CHAIN OF CUSTODY

| Out By: | Date/Time: | Destination: | Received By: | Date/Time: |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

### PROPERTY RELEASE AUTHORIZATION

Name: _____   Address: _____

I certify, under penalty of perjury, that I am the lawful owner/finder of the above described property. I have taken posession of the above listed property.

Date: _____   Signature: _____

### TO BE COMPLETED BY PROPERTY MANAGEMENT

Date Received: _____   Received From: _____

Time Received: _____   Received By: _____

**CODE**
RO - Returned to Owner
RF - Returned to Finder
D - Department Use
A - Auction
D - Destroyed

Property Release Notification Mailed 1st Date: _____ By: _____

Property Release Notification Mailed 2nd Date: _____ By: _____

Original-Property Management     24186     Second-Officer     Third-Central Records

# Anne Arundel County Police Department
## Recovered Property Form
*(Supplement)*

| 1. Type of Incident: Search Warrant | 2. Investigating Ofc/ID #: Det. Wires #1593 | 3. Report No: 12-200849 |
|---|---|---|

| ITEMIZED LIST OF PROPERTY | Complete description of name, including make, model, color, serial number, etc. | PROPERTY MANAGEMENT USE ONLY Location | Disp |
|---|---|---|---|
| Item #: 4  B | Documents in name of Martin Dandy | | |
| Item #: 5  B | Documents in name of Elizabeth Dandy | | |
| Item #: 6  B | Documents in name of Krush NYC LLC | | |
| Item #: 7  B | Various toll receipts for multiple states | | |
| Item #: 8  C | White I-phone | | |
| Item #: 9  C | Clothing with tags | | |
| Item #: 10 C | Purse with tag on it | | |
| Item #: 11 C | Black I-phone SN# C28HQK48DTC1 | | |
| Item #: 12 C | Two Blackberry cell phones | | |

**PROPERTY MANAGEMENT USE ONLY**

**Disposition Code**
RO - Returned to Owner
RF - Returned to Finder
U - Department Use
A - Auction
D - Destroyed

24186
(277) 10/25/10

Original-Property Management     Pink - Central Records     Yellow - Officer

# Anne Arundel County Police Department
## Recovered Property Form
*(Supplement)*

| 1. Type of Incident: Search Warrant | 2. Investigating Ofc/ID #: Det. Wires #1593 | 3. Report No: 12-200849 |
|---|---|---|

| ITEMIZED LIST OF PROPERTY | Complete description of name, including make, model, color, serial number, etc. | PROPERTY MANAGEMENT USE ONLY | |
|---|---|---|---|
| | | Location | Disp |
| Item #: 13  C | Black Louis Vuitton wallet in box | | |
| Item #: 14  C | Plastic bag containing 2 omnishields + 3 socks with tags | | |
| Item #: 15  C | Asurion Sprint Wireless | | |
| Item #: 16  C | (3) shirts w/ tags | | |
| Item #: 17  C | White Pumas in Red Shoe box | | |
| Item #: 18  C | Pink/Gray New Balance in box | | |
| Item #: 19  C | Black Puma Cleats | | |
| Item #: 20  C | Black Leather Pumas | | |
| Item #: 21  C | Black/Red Book bag w/ tags | | |

**PROPERTY MANAGEMENT USE ONLY**

**Disposition Code**
RO - Returned to Owner
RF - Returned to Finder
U - Department Use
A - Auction
D - Destroyed

24186
(277) 10/25/10

Original-Property Management        Pink - Central Records        Yellow - Officer

# Anne Arundel County Police Department
## Recovered Property Form
*(Supplement)*

| 1. Type of Incident: Search Warrants | 2. Investigating Ofc/ID #: Det. Wires #1593 | 3. Report No: 12-200849 |
|---|---|---|

| ITEMIZED LIST OF PROPERTY | Complete description of name, including make, model, color, serial number, etc. | PROPERTY MANAGEMENT USE ONLY Location | Disp |
|---|---|---|---|
| Item #: 23  C | Gray Nike's in box | | |
| Item #: 24  C | Gray Timberkids in box | | |
| Item #: 25  C | (3) purses/hand bags | | |
| Item #: 26  C | Asst. clothing with tags | | |
| Item #: 27  C | Brown Gucci bag w/ multiple purses | | |
| Item #: 28  C | Black Gucci purse | | |
| Item #: 29  C | Multicolored Eric Bradley purse | | |
| Item #: 30  C | shirt w/ tag | | |
| Item #: 31  C | (8) pairs of assorted shoes | | |

**PROPERTY MANAGEMENT USE ONLY**

**Disposition Code**
RO - Returned to Owner
RF - Returned to Finder
U - Department Use
A - Auction
D - Destroyed

24186
(277) 10/25/10

Original-Property Management      Pink - Central Records      Yellow - Officer

# Anne Arundel County Police Department
## Recovered Property Form
*(Supplement)*

| 1. Type of Incident: Search Warrant | 2. Investigating Ofc/ID #: Det. Wiles #1593 | 3. Report No: 12-200849 |
|---|---|---|

| ITEMIZED LIST OF PROPERTY | Complete description of name, including make, model, color, serial number, etc. | PROPERTY MANAGEMENT USE ONLY Location | Disp |
|---|---|---|---|
| Item #: 32  C | Asst. receipts/documents in name of Martin + Elizabeth Dandy | | |
| Item #: 33  D | Black/Red Nikes in Box | | |
| Item #: 34  D | White Nikes in Box | | |
| Item #: 35  E | HP Elite Book 8460P SN# CNV149368K | | |
| Item #: 36  E | Laptop carrying case w/ asst. cables. | | |
| Item #: 37  E | Black I-pad SN# V502 5595238 | | |
| Item #: 38  E | Black Nikes in box | | |
| Item #: 39  E | Asus Transformer Pad | | |
| Item #: 40  E | Documents in name of Martin Dandy | | |

**PROPERTY MANAGEMENT USE ONLY**

**Disposition Code**
RO - Returned to Owner
RF - Returned to Finder
U - Department Use
A - Auction
D - Destroyed

24186
(277) 10/25/10

Original-Property Management     Pink - Central Records     Yellow - Officer

# Anne Arundel County Police Department
## Recovered Property Form
*(Supplement)*

| 1. Type of Incident: Search Warrant | 2. Investigating Ofc/ID #: Det. Wines #1593 | 3. Report No: 12-200849 |
|---|---|---|

| ITEMIZED LIST OF PROPERTY | Complete description of name, including make, model, color, serial number, etc. | PROPERTY MANAGEMENT USE ONLY | |
|---|---|---|---|
| | | Location | Disp |
| Item #: 42  F | Documents in name of Martin & Elizabeth Dandy | | |
| Item #: 43  G | Black/Gray Nikes in box | | |
| Item #: 44  G | Black/Red/white Nikes in Box | | |
| Item #: 45  G | Blue/Yellow Nikes in box | | |
| Item #: 46  G | Blue Nikes in box | | |
| Item #: 47  G | White/black Nikes in box | | |
| Item #: 48  G | Black/Red Nikes in Box | | |
| Item #: 49  G | Blue/green Nikes in Box | | |
| Item #: 50  G | Brown Prada belt in blue bag | | |

**PROPERTY MANAGEMENT USE ONLY**

**Disposition Code**
RO - Returned to Owner
RF - Returned to Finder
U - Department Use
A - Auction
D - Destroyed

24186
(277) 10/25/10

Original-Property Management        Pink - Central Records        Yellow - Officer

# Anne Arundel County Police Department
## Recovered Property Form
*(Supplement)*

| 1. Type of Incident: Search Warrant | 2. Investigating Ofc/ID #: Det. Wires # 1593 | 3. Report No.: 12-20849 |
|---|---|---|

| ITEMIZED LIST OF PROPERTY | Complete description of name, including make, model, color, serial number, etc. | PROPERTY MANAGEMENT USE ONLY |  |
|---|---|---|---|
|  |  | Location | Disp |
| Item #: 51  G | White/Red Nikes in box |  |  |
| Item #: 52  G | Dell Laptop s/n 00045-631-137-242 |  |  |
| Item #: 53  G | White Nike bag filled w/ asst socks (unopened) |  |  |
| Item #: 54  G | Air Force Ones in box |  |  |
| Item #: 55  G | White/Brown Nikes in box |  |  |
| Item #: 56  G | White bag w/ asst. clothing w/ tags |  |  |
| Item #: 57  G | Blue/Gray Nikes in box |  |  |
| Item #: 58  G | Red/Black Nike in a box |  |  |
| Item #: 59  G | Black Nikes in box |  |  |

**PROPERTY MANAGEMENT USE ONLY**

**Disposition Code**
RO - Returned to Owner
RF - Returned to Finder
U - Department Use
A - Auction
D - Destroyed

24186
(277) 06/24/91

Original-Property Management      Second-Officer      Third-Central Records

# Anne Arundel County Police Department
## Recovered Property Form
*(Supplement)*

| 1. Type of Incident: Search Warrant | 2. Investigating Ofc/ID #: Dext. Wires # 1593 | 3. Report No.: 12-700849 |
|---|---|---|

| ITEMIZED LIST OF PROPERTY | Complete description of name, including make, model, color, serial number, etc. | PROPERTY MANAGEMENT USE ONLY Location / Disp |
|---|---|---|
| Item #: 60 G | Blue Nikes in box | |
| Item #: 61 G | Black/Gray Nikes | |
| Item #: 62 G | Black purse fil b | |
| Item #: 63 G | Not taken N/A | |
| Item #: 64 G | Yellow/Gray Nikes in box | |
| Item #: 65 G | Black/White Nikes in box | |
| Item #: 66 G | White/Black Nikes in box | |
| Item #: 67 G | Green Nikes in Box | |
| Item #: 68 G | White Nikes in Box | |

**PROPERTY MANAGEMENT USE ONLY**

**Disposition Code**
RO - Returned to Owner
RF - Returned to Finder
U - Department Use
A - Auction
D - Destroyed

24186
(277) 06/24/91

Original-Property Management        Second-Officer        Third-Central Records

# Anne Arundel County Police Department
## Recovered Property Form
*(Supplement)*

| 1. Type of Incident: Search Warrant | 2. Investigating Ofc/ID #: Det Wires #1593 | 3. Report No.: 12-700849 |
|---|---|---|

| ITEMIZED LIST OF PROPERTY | Complete description of name, including make, model, color, serial number, etc. | PROPERTY MANAGEMENT USE ONLY | |
|---|---|---|---|
| | | Location | Disp |
| Item #: 69  G | Blue/white Nikes in a box | | |
| Item #: 70  G | Gray Nikes in a box | | |
| Item #: 71  G | White Nikes in a box | | |
| Item #: 72  G | Black Nikes in a box | | |
| Item #: 73  G | Brown High heels w/ tag | | |
| Item #: 74  G | Documents | | |
| Item #: 75  H | Dell Laptop s/n 5D4F7K1 | | |
| Item #: 76  H | HP Pavilion A1540N s/n MXF6260M JF | | |
| Item #: 77  H | Black Sprint cell phone w/ charger | | |

**PROPERTY MANAGEMENT USE ONLY**

**Disposition Code**
RO - Returned to Owner
RF - Returned to Finder
U  - Department Use
A  - Auction
D  - Destroyed

24186
(277) 06/24/91

Original-Property Management       Second-Officer       Third-Central Records

# Anne Arundel County Police Department
## Recovered Property Form
*(Supplement)*

| 1. Type of Incident: Search Warrant | 2. Investigating Ofc/ID #: Det. Wires # 1593 | 3. Report No.: 12-20849 |
|---|---|---|

| ITEMIZED LIST OF PROPERTY | Complete description of name, including make, model, color, serial number, etc. | PROPERTY MANAGEMENT USE ONLY |
|---|---|---|
| | | Location / Disp |
| Item #: 78  H | Box of Fed Ex Shipping labels for Krush PYC LLC | |
| Item #: 79  H | Multicolor purse | |
| Item #: 80  H | Black bags with two bottles with Tasr | |
| Item #: 81  H | Documents in name of Martin & Elizabeth Dady | |
| Item #: 82  I | Documents in name of Elizabeth Dady | |
| Item #: | | |
| Item #: | | |
| Item #: | | |
| Item #: | | |

**PROPERTY MANAGEMENT USE ONLY**

**Disposition Code**
RO - Returned to Owner
RF - Returned to Finder
U  - Department Use
A  - Auction
D  - Destroyed

24186
(277) 06/24/91

Original-Property Management         Second-Officer         Third-Central Records